SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson, <br><br>          Plaintiff, <br><br>     vs. <br><br> Springmeyer, et al., <br><br>          Defendants | Case No. **10-cv-01819-GEB-EFB** <br><br> **ORDER RE: REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** |

**ORDER**

IT IS HEREBY ORDERED that the Motion for Default Judgment filed October 12, 2011, Dckt. No. 21, is deemed WITHDRAWN and the Motion for Default Judgment hearing set for November 30, 2011 at 10:00 am before the undersigned is VACATED.

Dated:  November 29, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER RE REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

CIV: S-10-cv-01819-GEB-EFB - 1