IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )     2:10-cv-01819-GEB-EFB
            Plaintiff,               )
                                     )
      v.                             )     ORDER RE: SETTLEMENT AND
                                     )     DISPOSITION
Marjorie J. Springmeyer,             )
                                     )
            Defendant.*              )
_____    )

          Plaintiff filed a "Notice of Settlement" on July 2, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 25.)

          Therefore, a dispositional document shall be filed no later than July 23, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

          IT IS SO ORDERED.

Dated:  July 3, 2012

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

_____

          * The caption has been amended according to Plaintiff's dismissal of Defendant Dale Michael Dodd. See ECF No. 24.

1