IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Marjorie J. Springmeyer,<br><br>        Defendant.* | 2:10-cv-01819-GEB-EFB<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

        Plaintiff filed a "Notice of Settlement" on July 2, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 25.)

        Therefore, a dispositional document shall be filed no later than July 23, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  July 3, 2012

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

    * The caption has been amended according to Plaintiff's dismissal of Defendant Dale Michael Dodd. <u>See</u> ECF No. 24.