IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:10-cv-01819-GEB-EFB
              Plaintiff,             )
                                     )
       v.                            )    ORDER OF DISMISSAL
                                     )
Marjorie J. Springmeyer,             )
                                     )
              Defendant.             )
_____    )

Plaintiff filed a Notice of Settlement on July 2, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 25.) Therefore, an "Order Re Settlement and Disposition" was filed on July 5, 2012, which directed the parties to file a dispositional document no later than July 23, 2012. (ECF No. 26.) The July 5, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. Plaintiff subsequently requested an extension of time to file a dispositional document until August 13, 2012. (ECF No. 27.)

///

///

///

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  August 14, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge