1 | CATHERINE M. CORFEE SBN 155064
    ZACHARY BEST SBN 166035
2 | CORFEE STONE & ASSOCIATES
    P.O. Box 1098
3 | Carmichael, CA 95609
    Telephone: (916) 487-5441
4 | Facsimile: (916) 487-5440

5

6 | ATTORNEYS FOR DEFENDANT
    MARJORIE J. SPRINGMEYER

7

8

9 | UNITED STATED DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | Scott Johnson,                                    ) Case No.: 10-cv-01819-FCD-EFB
                                                      )
13 |          Plaintiff,                               ) STIPULATED DISMISSAL AS TO ALL
           vs.                                        ) DEFENDANTS [FRCP 41(a)(1)(A)(ii)]
14 |                                                  ) AND ORDER
    Dale Michael Dodd, Individually and d/b/a         )
15 | Izzy's Burger Spa; Marjorie J. Springmeyer,      )
                                                      )
16 |                                                  )
              Defendant.                              )
17 |                                                  )
                                                      )
18 |                                                  )
                                                      )
19 |  _____ )

20

21     **IT IS HEREBY STIPULATED** by and between the parties to this action through their

22  designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP

23  41(a)(1) as to all Defendants. The Parties shall bear their own costs and attorneys' fees in

24  connection with the lawsuit and the negotiation and preparation of this Agreement.

25  //
    //

| | | |
|---|---|---|
| Dated: August 29, 2012 | | CORFEE STONE & ASSOCIATES |
| | By: | /s/ Catherine M. Corfee<br>CATHERINE M. CORFEE<br>Attorney for Defendants |
| Dated: August 30, 2012 | By: | /s/ Scott N. Johnson<br>SCOTT JOHNSON<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.

Dated: 9/7/12

Judge of the United States District Court
For the Eastern District of California