1  CATHERINE M. CORFEE SBN 155064
   ZACHARY BEST SBN 166035
2  CORFEE STONE & ASSOCIATES
   P.O. Box 1098
3  Carmichael, CA 95609
   Telephone: (916) 487-5441
4  Facsimile: (916) 487-5440

5

   ATTORNEYS FOR DEFENDANT
6  MARJORIE J. SPRINGMEYER

7

8
                    UNITED STATED DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   Scott Johnson,                    )  Case No.: 10-cv-01819-FCD-EFB
12                                   )
              Plaintiff,              )  STIPULATED DISMISSAL AS TO ALL
13      vs.                          )  DEFENDANTS [FRCP 41(a)(1)(A)(ii)]
                                     )  AND ORDER
14 Dale Michael Dodd, Individually and d/b/a )
   Izzy's Burger Spa; Marjorie J. Springmeyer, )
15                                   )
                                     )
16                                   )
              Defendant.              )
17                                   )
                                     )
18                                   )
                                     )
19 _____)

20

21      **IT IS HEREBY STIPULATED** by and between the parties to this action through their

22 designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP

23 41(a)(1) as to all Defendants. The Parties shall bear their own costs and attorneys' fees in

24 connection with the lawsuit and the negotiation and preparation of this Agreement.

25 //
   //

| | | |
|---|---|---|
| Dated: August 29, 2012 | | CORFEE STONE & ASSOCIATES |
| | By: | /s/ Catherine M. Corfee<br>CATHERINE M. CORFEE<br>Attorney for Defendants |
| Dated: August 30, 2012 | By: | /s/ Scott N. Johnson<br>SCOTT JOHNSON<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.

Dated: 9/7/12

Judge of the United States District Court
For the Eastern District of California